1046

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS W. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00383-8, Amber L. Finlay, J., entered December 30, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL ARGUETA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02173-1, Frank E. Cuthbertson, J., entered December 11, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JERRY RAY MEARS, *Appellant*.

Appeals from a judgment of the Superior Court for Okanogan County, No. 13-1-00350-1, Henry A. Rawson, J., entered April 1, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

THE STATE OF WASHINGTON, *Respondent*, v. VICKI S. BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02427-9, Tari S. Eitzen, J., entered July 22, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.